Brian B. Miles, Esq., SBN 191136
brian@mileswestbrook.com
Joel M. Westbrook, Esq., SBN 196578
joel@mileswestbrook.com
MILES & WESTBROOK
2255 Morello Ave., Ste. 240
Pleasant Hill, CA 94523
Telephone:  (925) 938-4500
Facsimile:  (925) 938-7007

Attorneys for Defendant
DANIEL GONZALEZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| JANE DOE, by and through her Guardian Ad Litem, D.H., | Case No.:  3:18-CV-02589-VC |
|---|---|
| Plaintiff, | **DEFENDANT DANIEL GONZALEZ'S CASE MANAGEMENT CONFERENCE STATEMENT** |
| vs. | |
| MT. DIABLO UNIFIED SCHOOL DISTRICT, a public entity, DANIEL GONZALEZ, an individual, and DOES 1 through 10, inclusive, | |
| Defendants. | |

Defendant Daniel Gonzalez ("Defendant Gonzalez") hereby submits the following case management conference statement.  Defendant Gonzalez only recently appeared in this case and was informed by opposing counsel that the parties were submitting separate case management conference statements, as opposed to joint statements.

### 1. Jurisdiction and Service

Plaintiff's First Claim for Relief is based upon a purported violation of 20 U.S.C. § 1981.

### 2. Facts

As against Defendant Gonzalez, Plaintiff alleges in the Complaint personal injury and emotional distress purportedly arising out of negligence, assault, and intentional infliction of emotional distress.

### 3. Legal Issues

As against Defendant Gonzalez, the legal issues arise out of Plaintiff's common-law allegations of negligence, sexual assault and intentional infliction of emotional distress.

### 4. Motions

There have been no prior motions and no motions are pending.  Defendant Gonzalez anticipates that he will file a motion to stay this entire action pending resolution of the criminal proceeding against him.

### 5. Amendment of Pleadings

Defendant Gonzalez anticipates amending his answer upon resolution of the criminal proceeding.  Currently, he is pleading the Fifth Amendment as to the allegations against him in the Complaint.

### 6. Evidence Preservation

Counsel for Defendant Gonzalez has reviewed the Guidelines Relating to the Discovery of Electronically Stored Information ("ESI Guidelines") and is complying with its requirements.

### 7. Disclosures

Defendant Gonzalez will timely make initial disclosures.

### 8. Discovery

Because of an ongoing criminal proceeding against him arising out of the same facts and circumstances of this case, Defendant Gonzalez intends to plead the Fifth Amendment as to all discovery propounded on him.  Moreover, Defendant Gonzalez believes that this entire action should be stayed pending resolution of the criminal matter against him, or in the alternative, all

discovery should be stayed.

**9.     Class Actions**

This case is not a class action.

**10.    Related Cases**

Defendant Gonzalez is currently being prosecuted criminally for the incident(s) giving rise to this matter in People v. Gonzalez, Contra Costa County Superior Court Action No. 1-184386-1, with the Preliminary Hearing scheduled for October 5, 2018.

**11.    Relief**

Based on the Complaint, Plaintiff seeks damages.

**12.    Settlement and ADR**

Defendant Gonzalez does not believe that ADR is appropriate at this time.

**13.    Consent to Magistrate Judge for All Purposes**

Defendant Gonzalez does not object to this action being assigned to a Magistrate Judge.

**14.    Other References**

Defendant Gonzalez contends that this action is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multi-District Litigation.

**15.    Narrowing of the Issues**

None currently.

**16.    Expedited Trial Procedure**

Defendant Gonzalez does not believe this is the type of case that should be handled under the Expedited Trial Procedure of General Order No. 64.

**17.    Scheduling**

Defendant Gonzalez contends that any scheduling is premature until his criminal trial date is known after the October 5, 2018 preliminary hearing, and respectfully requests that the Court postpone scheduling until after the October 5, 2018 preliminary hearing.  Further, Defendant Gonzalez contends that this entire action should be stayed pending resolution of the criminal matter against him.

MILES & WESTBROOK
2255 MORELLO AVE.,
STE. 240
PLEASANT HILL, CA 94523

**18.** **Trial**

This will be a jury trial with an anticipated time of five to seven court days.

**19.** **Disclosure of Interested Entities**

Defendant Gonzalez is unaware of any non-party interested entities.

**20.** **Professional Conduct**

Counsel for Defendant Gonzalez has reviewed the Guidelines for Professional Conduct for the Northern District of California.

**21.** **Other Issues**

Other than Defendant Gonzalez's anticipated motion for stay, none currently known.

Dated: 7/24/18

By: /s/ Joel Westbrook
Joel Westbrook
Attorney for Defendant
DANIEL GONZALEZ